# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| NPC INTERNATIONAL, INC., *et al.*, | § Case No. 20-33353 (DRJ) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| ------------------------------------- | § Adversary Proc. No. 20-03353 (DRJ) |
| NPC INTERNATIONAL, INC., *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| McLane Company, Inc., | § |
| | § |
| Defendant. | § |
| ------------------------------------- | § |

## MCLANE FOODSERVICE, INC.'S CORPORATE DISCLOSURE STATEMENT

McLane Foodservice, Inc. ("***McLane***")[2] hereby discloses—pursuant to rule 7007.1 of the Federal Rules of Bankruptcy Procedure—that McLane Foodservice, Inc. is wholly owned by McLane Company, Inc., which is, in turn, wholly owned by Berkshire Hathaway Inc.

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: NPC International, Inc. (7298) ("**NPC**"); NPC Restaurant Holdings I LLC (0595); NPC Restaurant Holdings II LLC (0595); NPC Holdings, Inc. (6451); NPC International Holdings, LLC; (8234); NPC Restaurant Holdings, LLC (9045); NPC Operating Company B, Inc. (6498); and NPC Quality Burgers, Inc. (6457). Debtors' corporate headquarters and service address is 4200 W. 115th Street, Suite 200, Leawood, KS 66211.

[2] McLane Company, Inc. is the named defendant. Given the subject matter of the Plaintiffs' Complaint—which is a contract between McLane Foodservice, Inc. and NPC International, Inc.—it appears that the Plaintiffs intended to name McLane Foodservice, Inc.

Dated: August 11, 2020    Respectfully submitted,

*/s/ Jonathan T. Edwards*

**ALSTON & BIRD LLP**

Jonathan T. Edwards (admitted *pro hac vice*)
Georgia Bar Number 134100
Dennis J. Connolly (admitted *pro hac vice*)
Georgia Bar Number 182275
David A. Wender
Tex. Bar. No. 24081945
Jacob Johnson (admitted *pro hac vice*)
Georgia Bar Number 849407
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: jonathan.edwards@alston.com
       dennis.connolly@alston.com
       david.wender@alston.com
       jacob.johnson@alston.com

*Attorneys for McLane Foodservice, Inc*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be served true and correct copies of the foregoing *MCLANE FOODSERVICE, INC.'S CORPORATE DISCLOSURE STATEMENT* by filing such with the Court's CM/ECF system.

Dated this 11th of August, 2020

/s/ Jonathan T. Edwards

**ALSTON & BIRD LLP**

Jonathan T. Edwards (admitted *pro hac vice*)
Georgia Bar Number 134100
Dennis J. Connolly (admitted *pro hac vice*)
Georgia Bar Number 182275
David A. Wender
Tex. Bar. No. 24081945
Jacob Johnson (admitted *pro hac vice*)
Georgia Bar Number 849407
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: jonathan.edwards@alston.com
dennis.connolly@alston.com
david.wender@alston.com
jacob.johnson@alston.com

*Attorneys for McLane Foodservice, Inc.*